UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JOSE ABREU, Individually, and on behalf of all others          17-CV-0567 (FB)(VMS)
similarly situated,

                                Plaintiffs,

        -against-

BLEECKER PASTRY TARTUFO INC.,
LUCIA DI SAVERIO, DOMENICK DI SAVERIO,
WHOLESALE DESSERTS LLC d/b/a BLEECKER
PASTRY TARTUFO, and VICTOR TORADO,

                                Defendants.
-----------------------------------------------------------------------X

<u>MOTION FOR SETTLEMENT APPROVAL OF A FAIR LABOR STANDARDS ACT CASE</u>

        Plaintiff, Jose Abreu, and Opt-in Plaintiffs, Cesar Abreu, Luis Caizaguano, and Erasmo

Polanco, by and through their counsel of record, move this Honorable Court for an Order:

1.  Approving the settlement of this action;

2.  Retaining enforcement jurisdiction to ensure the parties' compliance with the terms and

    conditions of their Settlement Agreement; and

3.  Dismissing this action against Bleecker Pastry Tartufo Inc., Lucia Di Saverio, and

    Domenick Di Saverio with prejudice.

        This motion is based on the memorandum in support and the fully executed settlement

agreement.

Dated: Massapequa, New York
        February 11, 2018

Respectfully submitted by,

Neil H. Greenberg & Associates, P.C.

_____/s/_____

By: Justin M. Reilly, Esq.

Attorneys for Plaintiff and Opt-in Plaintiffs

4242 Merrick Road

Massapequa, New York 11758

(516) 228-5100